Duncan J. Stoutner (#020699)
Marc T. Steadman (#011732)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona  85211-1466
Telephone:  (480) 644-2343
mesacityattorney@mesaaz.gov
Attorneys for City Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Sanja Krstic, et al., | Case Nos. CV-16-02830-PHX-ROS |
| --- | --- |
| Plaintiffs, | CV-16-02905-PHX (Consolidated) |
| vs. | |
| Unknown Party, et al., | **JOINT NOTICE OF FILING PROPOSED FIFTH AMENDED RULE 16 SCHEDULING ORDER** |
| Defendants. | |

Pursuant to this Court's Order (Doc. 87), the parties submit the attached proposed Fifth Amended Rule 16 Scheduling Order.

RESPECTFULLY SUBMITTED this 17th day of January, 2018.

  /s/ Duncan J. Stoutner
Duncan J. Stoutner
Marc T. Steadman
*Attorneys for City Defendants*


  /s/ Joel B. Robbins (w/permission)
Joel B. Robbins
*Attorneys for Plaintiff Nadezda Krstic*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joel B. Robbins, Esq.
Robbins & Curtin, p.l.l.c.
301 E. Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiff Nadezda Krstic*

Troy R. Hendrickson, Esq.
Troy Richmond Hendrickson, PLLC
PO Box 6518
Chandler, Arizona 85224
*Attorneys for Plaintiffs Sanja Krstic, T.K., M.K., and Estate of Ivan Krstic*

   /s/ Mirna Poiani