Duncan J. Stoutner (#020699)
Marc T. Steadman (#011732)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona  85211-1466
Telephone:  (480) 644-2343
mesacityattorney@mesaaz.gov

Attorneys for City Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sanja Krstic, et al.,<br><br>                              Plaintiffs,<br><br>vs.<br><br>Officer Dustin Gransee, et al.,<br><br>                              Defendants. | Case Nos. CV-16-02830-PHX-ROS<br>CV-16-02905-PHX<br>(Consolidated)<br><br>**STIPULATION TO DISMISS<br>WITH PREJUDICE**<br><br>(Honorable Roslyn O. Silver) |

Plaintiffs Sanja Krstic, T.K. Krstic, M.K. Krstic, Estate of Ivan Krstic, and Nadezda Krstic and Defendants City of Mesa, Officer Dustin Gransee, and Officer Daniel Glover hereby stipulate to dismiss this matter with prejudice, each party to bear its own costs and attorneys' fees, and submit the attached proposed Order of Dismissal with Prejudice for the Court's signature.

DATED this 5th day of March, 2018.

  /s/ Duncan J. Stoutner
Duncan J. Stoutner
Marc T. Steadman
*Attorneys for City Defendants*

   /s/ Duncan J. Stoutner  (with permission)
Joel B. Robbins
*Attorneys for Plaintiff Nadezda Krstic*


   /s/ Duncan J. Stoutner  (with permission)
Troy R. Hendrickson
*Attorneys for Plaintiff Sanja Krstic, T.K.,*
*M.K., and Estate of Ivan Krstic*


CERTIFICATE OF SERVICE

   I hereby certify that on March 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Joel B. Robbins, Esq.
Robbins & Curtin, p.l.l.c.
301 E. Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
*Attorneys for Plaintiff Nadezda Krstic*

Troy R. Hendrickson, Esq.
Troy Richmond Hendrickson, PLLC
PO Box 6518
Chandler, Arizona 85224
*Attorneys for Plaintiffs Sanja Krstic, T.K.,*
*M.K., and Estate of Ivan Krstic*


   /s/ Mirna Poiani